IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES J. RADFORD,
      Plaintiff,

vs.                                       5:08cv187/RS/MD

DENNIS LEE, et al.
      Defendants.

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint and motion to proceed *in forma pauperis* that were received by the court on June 10, 2008.[1] (Doc. 1 & 2). Before the court had the opportunity to issue an order with respect to the deficiencies in plaintiff's *in forma pauperis* application, the clerk advised the court that the notice to pro se litigant form mailed to plaintiff after initiation of his case had been returned as undeliverable. Plaintiff apparently was released from Holmes County Jail on or about June 4, 2008, but he has failed to notify the court of any change in his address since that time.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

---

[1] Plaintiff did not date the complaint or indicate a date on which it was presented to prison officials for mailing. The motion to proceed *in forma pauperis* was dated May 7, 2008, and the prisoner consent form was dated May 25, 2008.

At Pensacola, Florida, this 27th day of June, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:08cv187/RS/MD*