IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES J. RADFORD,

    Plaintiff,

vs.                              CASE NO. 5:08cv187/RS-MD

DENNIS LEE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc.5). Plaintiff has not filed objections and has failed to provide the court his current mailing address.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to keep the court apprised of his current address and his failure to prosecute this action.

3. The clerk is directed to close the file.

**ORDERED** on July 30, 2008.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**